IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RECEIVED
USMS-PRIS OPS
BALTIMORE, MD

2012 DEC 21  P 4:00

**UNITED STATES OF AMERICA**

vs.                                   Case No.   12-4883BPG

**ANTONIO DAVIS**

\*\*\*\*\*\*

## ORDER FOR MEDICAL EVALUATION
## AND APPROPRIATE TREATMENT OF DETAINEE

The Defendant and/or counsel having reported that the Defendant suffers from the following conditions and/or has been prescribed the following medications:

*Def. suffers from migraine headaches and takes medication daily –*

and the Court having the following additional concerns:

*AMITRIPTYLINE 10 mg – 1x at night for 2 wks; 2x at night – all at bedtime*

IT IS ORDERED that the United States Marshal and/or his contracting agencies:

1. Cause the Defendant to promptly receive an evaluation by an appropriate health care provider:

2. Cause the Defendant to receive care and treatment consistent with the standard of care for the illness(es) and/or condition(s) revealed by the evaluation;

3. Make appropriate records and reports concerning the above illnesses, conditions, and treatment, and, if requested, provide the same to the Court; and

4. Deliver a copy of this order to the personnel in charge of the Defendant at the place of detention.

December 21, 2012
Date

_____
Beth P. Gesner
United States Magistrate Judge